The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JEAN-BAPTISTE YAMINDI, NICKIESHA GORDON, FITSUM SEIFU, and FLORENCE MASUNDIRE,<br><br>                Plaintiffs,<br><br>      v.<br><br>CAMERON OSMER and WASHINGTON STATE PATROL,<br><br>                Defendants. | No. 2:22-cv-00961-LK<br><br>PRAECIPE REGARDING PLAINTIFFS' MOTION TO COMPEL AND SUPPORTING EXHIBITS |

      Plaintiffs respectfully submit this Praecipe to address the Court's concerns identified in its September 1, 2023 Minute Order Striking Plaintiffs' Motion to Compel. Plaintiffs' counsel would like to explain what occurred.

      1.     On Wednesday, August 30, 2023, in response to Plaintiffs' *fourth* request for a time to meet and confer, defense counsel sent the attached email stating: "Respectfully, I cannot accommodate your arbitrary deadlines. I have other pressing matters that take precedence over this case and will look into the issues you have highlighted and get back to you asap." Exhibit 1. Unfortunately, this email branch was inadvertently not included when preparing the declaration of counsel in support of Plaintiffs' Motion to Compel.

      2.     Plaintiffs' counsel apologizes to the Court for this oversight. Plaintiffs' counsel assures the Court that there was no intent to misrepresent the content of communications from

PRAECIPE REGARDING PLAINTIFFS' MOTION TO COMPEL AND
SUPPORTING EXHIBITS
No. 2:22-cv-00961-LK - 1

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

19049.00 qi011501

opposing counsel.  We simply missed that the August 30 email branch had fallen out of the thread.  The undersigned attorney would like to note that in nearly two decades of civil practice, he has rarely received such a rude rebuke from any opposing counsel.

3. Local Rule 37 defines a "good faith" effort to confer as follows: "A good faith effort to confer with a party or person not making a disclosure or discovery requires a face-to-face meeting or a telephone conference. If the court finds that counsel for any party, or a party proceeding pro se, willfully refused to confer, failed to confer in good faith, *or failed to respond on a timely basis to a request to confer*, the court may take action as stated in CR 11 of these rules." LCR 37(a)(1) (emphasis added).  It was in this context, and in light of this rule, that we determined that counsel's failure to respond to repeated requests for a meet-and-confer—over a period of months—constituted a refusal to participate in such a conference.

4. The more substantive response that counsel sent the following day, which included responses in red, is attached here as Exhibit 2, in color.  Even in this response, counsel did not provide a date to confer, and stated plainly that whatever response would be forthcoming on September 6, 2023, it would be incomplete.  Given that there still was no time offered for a conference, and given that we had received unfulfilled promises to provide this same discovery by a date certain,  we felt a motion to compel was appropriate.

5. Plaintiffs will of course once again attempt to meet and confer with defense counsel and re-file the motion if needed.

DATED this 1st day of September 2022, at Seattle, Washington.

MACDONALD HOAGUE & BAYLESS

By: ____/s/ Joe Shaeffer_____
Joe Shaeffer, WSBA #33273
Nathaniel Flack, WSBA #58582
Anika R. Ades, WSBA #60298
joe@mhb.com
nathanielf@mhb.com
anikaa@mhb.com
Attorneys for Plaintiff

PRAECIPE REGARDING PLAINTIFFS' MOTION TO COMPEL AND SUPPORTING EXHIBITS
No. 2:22-cv-00961-LK - 2

19049.00 qi011501

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

DECLARATION OF SERVICE

I, Joe Shaeffer , declare under penalty of perjury under the laws of the State of Washington that I caused to be served in the manner noted below a copy of the foregoing document entitled  on the following individual(s):

| | |
|---|---|
| GORRY SRA, WSBA No. 49999<br>Assistant Attorney General<br>Office of the Attorney General – Torts Div.<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>Gorry.Sra@atg.wa.gov<br>Attorney for Defendants<br><br>Kelsey Baye, Paralegal<br>Kelsey.Baye@atg.wa.gov<br><br>Denise Daunais, Legal Assistant<br>Denise.Daunais@atg.wa.gov<br><br>E-service Box<br>TORSeaEF@atg.wa.gov | [ X ] Via the Court's CM/ECF system<br>[  ] Via First Class Mail<br>[  ] Via Email – *per 9/14/2022 E-service agreement*<br>[  ] Via Messenger |

DATED this 1st day of September, 2023, at Seattle, Washington.

*/s/ Joe Shaeffer*
Joe Shaeffer

---

PRAECIPE REGARDING PLAINTIFFS' MOTION TO COMPEL AND SUPPORTING EXHIBITS
No. 2:22-cv-00961-LK - 3

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

19049.00 qi011501