The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRIT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| YAMINDI, et al., | | NO. 2:22-cv-00961-LK |
| | Plaintiffs, | NOTICE OF SETTLEMENT WITH REQUEST FOR TIME TO FILE STIPULATED DISMISSAL AND [PROPOSED] ORDER |
| v. | | |
| OSMER, et al., | | |
| | Defendants. | |

TO:          The Honorable Laura King;

AND TO:      The Clerk of the Court;

PLEASE TAKE NOTICE that the parties to the above-reference matter have reached a SETTLEMENT of all claims that will fully resolve this matter.

The parties request the Court strike the trial date and all related dates and allow the parties to file a Stipulated Motion for Dismissal by March 15, 2024. The parties understand that, should they fail to file a Stipulated Motion for Dismissal by March 15, 2024, the Court will order post-settlement dismissal.

[Signatures and Proposed Order on Following Page]

NOTICE OF SETTLEMENT WITH
REQUEST FOR TIME TO SUBMIT
STIPULATED DISMISSAL AND
[PROPOSED] ORDER
(C22-00961-LK)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1      DATED this 26th day of February, 2024.

2    ROBERT W. FERGUSON                    MACDONALD HOAGUE & BAYLESS
     Attorney General
3

4     s/ *Scott M. Barbara*                By: _s/ *Joe Shaeffer*_____
     SCOTT M. BARBARA, WSBA No. 20885      JOE SHAEFFER, WSBA No. 33273
5    Senior Counsel - Torts Division       NATHANIEL FLACK, WSBA No. 58582
     800 5th Ave, Ste. 2000                ANIKA R. ADES, WSBA No. 60298
6    Seattle, WA 98104                     705 Second Ave, Ste 1500
     Tel: 206-389-2033                     Seattle, WA  98102
7    Email:  scott.barbara@atg.wa.gov      Tel:  (206) 622-1604
     *Attorneys for State Defendants*      Email:  joe@mhb.com
8                                                  nathaniel@mhb.com
                                                   anikaa@mhb.com
9                                          *Attorneys for Plaintiffs*

10

11

12

13                        [PROPOSED] **ORDER**

14      IT IS SO ORDERED that, in light of the parties' Notice of Settlement, the parties shall file

15   a Stipulated Motion for Dismissal by March 15, 2024 and, failure to do so shall result in the Court's

16   entering an order of post-settlement dismissal.

17      DONE THIS _____ day of February, 2024.

18

19                                  _____

20                                  U.S. District Judge

21

22

23

24

25

26

NOTICE OF SETTLEMENT WITH                    2                 ATTORNEY GENERAL OF WASHINGTON
REQUEST FOR TIME TO SUBMIT                                            Torts Division
STIPULATED DISMISSAL AND                                       800 Fifth Avenue, Suite 2000
[PROPOSED] ORDER                                                 Seattle, WA 98104-3188
(C22-00961-LK)                                                       (206) 464-7744

1

## CERTIFICATE OF SERVICE

2    I hereby certify that I caused a copy of the foregoing to be served on the parties or

3   attorneys indicated below in the manner indicated below on the date set forth below.

| | |
|---|---|
| Joe Shaeffer, WSBA #33273<br>Nathaniel Flack, WSBA #58582<br>Anika R. Ades, WSBA #60298<br>MacDonald Hoague & Bayless<br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br><br>joe@mhb.com<br>nathanielf@mhb.com<br>anikaa@mhb.com<br><br>    Cc:LucasW@mhb.com<br>      juliab@mhb.com<br>      cristyc@mhb.com<br>      ChrisB@mhb.com<br>      trishw@mhb.com<br>      oliviad@mhb.com<br><br>*Attorneys for Plaintiffs* | ☐ Via Email<br>☒ Via CM/ECF<br>☐ Via US Mail, postage prepaid |

16    DATED this 27th day of February, 2024.

17

18            *s/ Scott M. Barbara*
                 SCOTT M. BARBARA, WSBA No. 20885

19                     Senior Counsel - Torts Division
                 *Attorney for State Defendants*

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT WITH
REQUEST FOR TIME TO SUBMIT
STIPULATED DISMISSAL AND
[PROPOSED] ORDER
(C22-00961-LK)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744