UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN-BAPTISTE YAMINDI, et al., | CASE NO. 2:22-cv-00961-LK |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| CAMERON OSMER, et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion for Dismissal. Dkt. No. 66. Pursuant to parties' stipulation, this action is hereby dismissed with prejudice, with each party bearing its own attorney's fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 13th day of March, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1